**THORNBERG**

v.

**JORGENSEN, et al.**

No. 5122

Circuit Court of Appeals

Third Circuit

June 14, 1933

*See, also, 65 F.2d 794 (same opinion),
and 1 V.I. 606, 60 F.2d 471*

GEORGE WASHINGTON WILLIAMS, Baltimore, Md. (D HAM-
ILTON JACKSON, Christiansted, St. Croix, Virgin Islands,
of counsel), *for appellants*

NOLL & THIELE, St. Thomas, Virgin Islands (ELDRED E.
JACOBSEN, Miami, Fla., of counsel), *for appellee*

Before BUFFINGTON, WOOLLEY, and DAVIS, *Circuit Judges*

PER CURIAM

This litigation has for various reasons progressed very
slowly. It is important that it should be brought to an
end promptly. We shall, therefore, not require the final
decision to await an opinion which, if written, would, for
the guidance of the public, neither lay down new prin-
ciples of law nor clarify old ones. This last phase of the
controversy as it affects the mortgagors and mortgagee
is strictly inter sese.

617

Finding the assignments of error insubstantial, the judgment here on appeal is affirmed with the inhibition (expressly made a condition of affirmance under the facts of the case) that neither the plaintiff mortgagee, nor his heirs, executors, administrators, or assigns shall sue for and obtain against the mortgagors and terre tenant, their heirs, executors, or administrators, a deficiency judgment, or a similar judgment or decree under any other name or procedure for any deficit or part of the debts which the mortgages were given to secure and not realized from the sale of the mortgaged properties.